IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEWAYNE SCOTT CUNNINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER JOHN HAMM, ) <br> et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:23cv564-MHT <br> (WO) |

## DISMISSAL ORDER

On April 2, 2024, plaintiff filed a reply (Doc. 44) to defendants' special report and answer concerning defendants Lt. Harrison and Officer Johnson. Plaintiff states, *inter alia*, that he "respectfully withdraws all complaints concerning a Lieutenant Harrison." *Id.* at 1. The court considers the reply as a motion to dismiss all claims against defendant Harrison pursuant to Federal Rule of Civil Procedure 41(a)(2).*

---

\* In the special report filed on behalf of defendants Harrison and Johnson, it is noted that the Alabama Department of Corrections is unable to identify an individual by the name of "Lt. Harrison" at the

Upon consideration of the motion to dismiss, it is ORDERED that:

(1) The motion (Doc. 44) is granted.

(2) Plaintiff's claims against defendant Lt. Harrison are dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(2).

(3) Defendant Harrison is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Harrison.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings against the remaining defendants.

DONE, this the 7th day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

Bullock Correctional Facility.  Special Report (Doc. 35) at 1, n.1.